1 | Donna Woo (State Bar No. 312876)
  | dwoo@jonesday.com
2 | JONES DAY
  | 3161 Michelson Drive
3 | Suite 800
  | Irvine, CA 92612.4408
4 | Telephone: (949) 851-3939
  | Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES, an individual, | Case No. 2:17-cv-00689-KJM-AC |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING OF DISMISSAL; ORDER TO SHOW CAUSE** |
| v. | |
| SHELLPOINT MORTGAGE SERVICING, LLC, a corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; EQUIFAX INFORMATION SERVICES, LLC, a limited liability company, TRANS UNION LLC, a limited liability company, | |
| Defendants. | |

Having considered Plaintiff's and Defendant Experian Information Solutions, Inc.'s Stipulation to Extend Deadline for Filing of Dismissal and good cause appearing therefor, it is hereby ORDERED that the deadline to file a Stipulation for Dismissal is extended to July 11, 2018, retroactively. Given that July 11, 2018 has passed, the parties shall show cause within fourteen (14) days why this case should not now be dismissed.

DATED: August 8, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER
Case No. 2:17-cv-00689-KJM-AC