UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS INC., et al.,<br><br>　　　　Defendants. | No. 2:17-cv-00689-KJM-AC<br><br><br><br>ORDER |

　　　　On April 11, 2018, plaintiff notified the court that he and defendant Equifax Information Services LLC had resolved their dispute "in its entirety." ECF No. 55 at 2. The parties requested sixty days to file a joint stipulated dismissal with prejudice, *id.*, which the court granted, setting a June 11, 2018 deadline for dispositional documents, ECF No. 57. That deadline passed without a filing from either party.

　　　　On April 20, 2018, plaintiff notified the court that he and defendant Experian Information Solutions, Inc. had resolved their dispute "in its entirety." ECF No. 58 at 2. Plaintiff requested sixty days to file a joint stipulated dismissal with prejudice, *id.*, and the court granted the request, setting a June 20, 2018 deadline for dispositional documents, ECF No. 59. On June 18, 2018, Experian filed a request to extend the deadline for dispositional documents to July 11, 2018. ECF No. 61. The court granted that request on August 8, 2018, and ordered the parties to

1

show cause within 14 days why the case should not be dismissed as no dispositional documents had yet been filed.  ECF No. 62.

On August 9, 2018, plaintiff and Experian submitted a "joint motion" for dismissal with prejudice of plaintiff's claims against Experian.  ECF No. 63.  Under Federal Rule of Civil Procedure 41, as relevant here, a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Here, only plaintiff and Experian signed the stipulation.  ECF No. 63 at 2.  The stipulated dismissal is DENIED and the court's August 8, 2018 order to show cause, ECF No. 62, remains pending.

Further, because plaintiff and Equifax's June 11, 2018 deadline to file dispositional documents has long passed, *see* ECF No. 57, plaintiff and Equifax are ORDERED to SHOW CAUSE within fourteen (14) days why this case should not now be dismissed.

Counsel for each party is advised that failure to comply with the court's order may result in sanctions, including monetary sanctions of $250.

IT IS SO ORDERED.

DATED:  August 13, 2018.

_____
UNITED STATES DISTRICT JUDGE